STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
96 Hilgard Avenue
Los Angeles, California 90024
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Battery Conservation Innovations, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ROSEWILL, INC.,<br><br>*Defendant*. | CASE NO.: 2:21-cv-03685<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff Battery Conservation Innovations, Inc. ("Plaintiff" or "BCI") files this complaint against Rosewill, Inc. ("Defendant" or "Rosewill") for infringement of U.S. Patent No. 9,239,158 (hereinafter the "`158 Patent") and alleges as follows:

## PARTIES

1. Plaintiff is a Texas limited liability company with an office address of 1 East Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33301.

2. On information and belief, Defendant is a Delaware corporation with its principal office at 17560 Rowland Street, City of Industry, CA 91748. On information and belief, Defendant may be served through its agent, Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808.

**JURISDICTION AND VENUE**

3. This action arises under the patent laws of the United States, 35 U.S.C. § 271 et seq. Plaintiff is seeking damages, as well as attorney fees and costs.

4. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents).

5. On information and belief, this Court has personal jurisdiction over Defendant because Defendant has committed, and continues to commit, acts of infringement in this District, has conducted business in this District, and/or has engaged in continuous and systematic activities in this District.

6. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the District.

7. Venue is proper in this District under 28 U.S.C. §1400(b) because Defendant is deemed to be a resident in this District. Alternatively, acts of infringement are occurring in this District and Defendant has a regular and established place of business in this District.

**BACKGROUND**

8. On January 19, 2016, the United States Patent and Trademark Office ("USPTO") duly and legally issued the `158 Patent, entitled "Battery-Conserving Flashlight and Method Thereof." The '158 Patent is attached as Exhibit A.

9. Plaintiff is currently the owner of the `158 Patent.

10. Plaintiff possesses all rights of recovery under the `158 Patent, including the exclusive right to recover for past, present and future infringement.

**COUNT ONE**

**(Infringement of United States Patent No. 9,239,158)**

11. Plaintiff refers to and incorporates the allegations in Paragraphs 1 - 10, the same as if set forth herein.

12. This cause of action arises under the patent laws of the United States and, in

1 | particular under 35 U.S.C. §§ 271, *et seq*.

2 | 13.    Defendant has knowledge of its infringement of the `158 Patent, at least as of the service of the present complaint.

14.    Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least Claim 15, of the '158 Patent by making, using, importing, selling, and/or offering for sale battery conserving electronic devices covered by one or more claims of the '158 Patent.

15.    Accordingly, Defendant has infringed, and continues to infringe, the `158 Patent in violation of 35 U.S.C. § 271.

16.    Defendant sells, offers to sell, and/or uses battery conserving electronic devices, including, without limitation, the RWM Series Wireless Mouse, and any similar products ("Product"), which infringe at least Claim 15 of the '158 Patent.

17.    The Product is a battery-conserving electronic device. For example, the Product is powered through a replaceable battery. The Product includes motion sensing capabilities wherein the Product may automatically switch to sleep mode when no movement is detected. Certain aspects of this element are illustrated in the screenshot(s) below and/or in those provided in connection with other allegations herein.

 

Source: https://www.rosewill.com/download/rwm-wireless-mouse-series_a-_usermanual-pdf/?wpdmdl=42789&refresh=606594f5214471617270005

Source: https://www.newegg.com/rosewill-rwm-001/p/N82E16826193129

18. The Product includes a body with an opening for accessing an interior of the body. For example, the Product includes a housing, which may be accessed by a user, and which houses a battery. Certain aspects of these elements are illustrated in the screen shots below and/or in screenshots provided in connection with other allegations herein.

Source: https://www.rosewill.com/download/rwm-wireless-mouse-series_a-_usermanual-pdf/?wpdmdl=42789&refresh=606594f5214471617270005

Source: https://www.newegg.com/rosewill-rwm-001/p/N82E16826193129

19. The Product has at least one replaceable battery disposed in the body and configured for powering the device. Certain aspects of these elements are illustrated in the screen shots below and/or in screenshots provided in connection with other allegations herein.



Source: https://www.rosewill.com/download/rwm-wireless-mouse-series_a-_usermanual-pdf/?wpdmdl=42789&refresh=606594f5214471617270005

Source: https://www.newegg.com/rosewill-rwm-001/p/N82E16826193129

20. The Product includes a controller (e.g., processor responsive to motion sensors) disposed in the body configured to determine if the body is in motion (e.g., motion sensors detect motion of device; when motion is absent, device can switch to sleep mode). If the device is not in motion for a first predetermined period of time, the controller decouples the at least one battery from the electronic device to conserve energy in the at least one battery. For example, the Product is able to switch to a sleep

mode in which a controller controls the activity monitoring for the Product to save battery life of the mouse. Certain aspects of these elements are illustrated in the screen shots below and/or in screenshots provided in connection with other allegations herein.

> **HARDWARE INSTALLATION**
> 1. Open up the battery lid to install one AAA battery.
> 2. Before closing battery lid, remove the USB dongle from its slot.
> 3. Connect the USB dongle to your PC or notebook device.
> 4. Select preferred DPI from 600 / 800 / 1000 / 1200.
> 5. Start using the mouse.
>
> NOTE: The mouse will go into sleep mode if idle for over 10 minutes. Click a button and mouse will reactivate.

Source: https://www.rosewill.com/download/rwm-wireless-mouse-series_a-_usermanual-pdf/?wpdmdl=42789&refresh=606594f5214471617270005

21.  The Product has a visual indicator (e.g., LED status indicator) disposed on an exterior surface of the body.  The indicator may function differently for different situations, implying a controller activates the visual indicator. Certain aspects of these elements are illustrated in the screen shots below and/or in screenshots provided in connection with other allegations herein.



Source: https://www.newegg.com/rosewill-rwm-001/p/N82E16826193129

22. Defendant's actions complained of herein will continue unless Defendant is enjoined by this Court.

23. Defendant's actions complained of herein is causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendant is enjoined and restrained by this Court.

24. The `158 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

25. By engaging in the conduct described herein, Defendant has injured Plaintiff and is thus liable for infringement of the `158 Patent, pursuant to 35 U.S.C. § 271.

26. Defendant has committed these acts of literal infringement, or infringement under the doctrine of equivalents of the `158 Patent, without license or authorization.

27. As a result of Defendant's infringement of the `158 Patent, Plaintiff has suffered monetary damages and is entitled to a monetary judgment in an amount adequate to compensate for Defendant's past infringement, together with interests and costs.

28. Plaintiff is in compliance with 35 U.S.C. § 287.

29. As such, Plaintiff is entitled to compensation for any continuing and/or future infringement of the `158 Patent up until the date that Defendant ceases its infringing activities.

## DEMAND FOR JURY TRIAL

30. Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all cases of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receives notice of the order from further infringement of United States Patent No. 9,239,158 (or, in the alternative, awarding Plaintiff running royalty from the time judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 30, 2021                                    Respectfully submitted,


*/s/ Stephen M. Lobbin*
**Attorney(s) for Plaintiff Battery Conservation Innovations, LLC**