Gordon M. Fauth, Jr. (SBN: 190280)
**LITIGATION LAW GROUP**
1935 Addison Street, Ste. A
Berkeley, CA 94704
Tel: (510) 238-9610
Fax: (510) 977-5127
gmf@classlitigation.com

Kent E. Baldauf, Jr. (*PHV Forthcoming*)
Bryan P. Clark (*PHV Forthcoming*)
**THE WEBB LAW FIRM**
420 Ft. Duquesne Blvd., Suite 1200
One Gateway Center
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
abrooks@webblaw.com

*Attorneys for Defendant Rosewill, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC, | Civil Action |
| Plaintiff, | No. 2:21-cv-03685-GW-MRW |
| vs. | **DEFENDANT ROSEWILL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** |
| ROSEWILL, INC., | |
| Defendant. | |

Defendant, Rosewill, Inc. ("Rosewill"), answers the individually numbered paragraphs of the Complaint of Plaintiff, Battery Conservation Innovations, LLC ("Battery"), and asserts Affirmative Defenses as follows:

## PARTIES

1. Rosewill is without sufficient information to either admit or deny the averments of this paragraph of the Complaint, and on this basis denies said averments.

2. Admitted.

## JURISDICTION AND VENUE

3. The allegations in Paragraph 3 of the Complaint are legal conclusions to which no answer is required. To the extent any answer is required, Rosewill admits that this action involves the United States patent laws and that the Complaint purports to seek damages, fees, and costs.

4. The allegations in Paragraph 4 of the Complaint are legal conclusions to which no answer is required. To the extent any answer is required, Rosewill admits that this action involves the United States patent laws and that this Court has subject matter jurisdiction over patent law claims. Rosewill otherwise denies any allegations in Paragraph 4 of the Complaint.

5. This paragraph of the Complaint sets forth a legal conclusion regarding personal jurisdiction to which no response is required. To the extent any answer is required, Rosewill admits that it conducts business in in this judicial district. Rosewill denies that it has committed acts of infringement of the asserted patent in this or any other district.

6. This paragraph of the Complaint sets forth a legal conclusion regarding personal jurisdiction to which no response is required. To the extent any answer is required, Rosewill admits that RWM Series Wireless Mouse has been offered for sale in this judicial district. Rosewill denies that it has committed acts of infringement of the asserted patent in this or any other district.

7. This paragraph of the Complaint sets forth a legal conclusion regarding venue to which no response is required. To the extent any answer is required, Rosewill denies that it has committed acts of infringement of the asserted patent in this or any other district. Rosewill admits only that it has a place of business in this judicial district.

## BACKGROUND

8. Rosewill admits only that U.S. Patent No. 9,239,158 ("the '158 patent") issued on January 19, 2016 having the title "Battery-Conserving Flashlight and Method and Method Thereof." Rosewill denies that this patent was "duly and legally issued."

9. Rosewill is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint. Accordingly, these allegations are denied.

10. Rosewill is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint. Accordingly, these allegations are denied.

## COUNT ONE
### (Infringement of United States Patent No. 9,239,158)

11. Rosewill incorporates by references its responses to Paragraphs 1-10 as though fully set forth herein.

12. The allegations in Paragraph 12 of the Complaint are legal conclusions to which no answer is required. To the extent any answer is required, Rosewill admits that the asserted cause of action arises under the United States patent laws. Rosewill denies that it has committed acts of infringement of the asserted patent.

13. Denied.

14. Denied.

15. Denied.

16. Rosewill admits only that it offers to sell the RWM Series Wireless Mouse. The remaining allegations in Paragraph 16 of the Complaint are denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

### PLAINTIFF'S DEMAND FOR JURY TRIAL

30. Plaintiff's Jury Demand does not require a response by Rosewill.

### PLAINTIFF'S PRAYER FOR RELIEF

Rosewill denies that Plaintiff is entitled to any of the relief requested in Paragraphs (a) through (d) of the section of Plaintiff's Complaint entitled "Prayer for Relief" and denies any allegations contained therein.

## AFFIRMATIVE DEFENSES

The following defenses are raised to the extent that discovery reveals the same to be appropriate. Rosewill reserves the right to allege additional defenses of which it becomes aware during the course of this action.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

The Complaint, and each and every purported claim for relief therein, fails to allege facts sufficient to state a claim against Rosewill, including, but not limited to, a failure to adequately plead a claim for infringement against Rosewill.

### SECOND AFFIRMATIVE DEFENSE
### (Noninfringement)

Rosewill has not infringed and is not infringing any claims of U.S. Patent No. 9,239,158 under any theory, including, but not limited to, direct infringement, infringement by inducement, or contributory infringement.

### THIRD AFFIRMATIVE DEFENSE
### (Invalidity)

U.S. Patent No. 9,239,158 and all of the claims thereof are invalid for failure to comply with one or more of the requirements for patentability, including those set forth in the Patent Act, 35 U.S.C. §§ 1 *et seq.*, including, but not limited to, 35 U.S.C. §§ 101, 102, 103, and/or 112.

### FOURTH AFFIRMATIVE DEFENSE
### (Estoppel)

Battery is estopped from claiming that the patent-in-suit covers any method, system, apparatus, or product of Rosewill by virtue of the prior art and/or the prosecution history of U.S. Patent No. 9,239,158.

**FIFTH AFFIRMATIVE DEFENSE**
**(Waiver, Laches, Estoppel, and Acquiescence)**

Battery's claims for damages and other relief are barred in whole or in part by the equitable doctrines of waiver, laches, estoppel, and/or acquiescence due to, including but not limited to, Battery's unreasonable delay in asserting the patent-in-suit.

**ADDITIONAL DEFENSES, GENERAL DENIAL, AND RESERVATION OF RIGHTS**

Rosewill generally denies all allegations of the Complaint not expressly admitted herein. Rosewill expressly reserves the right to allege additional defenses of which it becomes aware during the court of this action.

**PRAYER FOR RELIEF**

WHEREFORE, Rosewill respectfully requests that the Court enter judgment in favor of Rosewill and against Plaintiff as follows:

A.   Dismissal of the Complaint herein;

B.   Entry of judgment declaring that the claims of U.S. Patent No. 9,239,158 are invalid;

C.   A declaration that this case is exceptional pursuant to 35 U.S.C. § 285 and for attorneys' fees be awarded to Rosewill; and

D.   Entry of judgment awarding Rosewill such other and further relief as this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Rosewill respectfully requests a trial by jury on all matters raised in its Answer and Affirmative Defenses or in Plaintiff's Complaint.

Respectfully submitted,

**LITIGATION LAW GROUP**

Dated: July 21, 2021

s/ *Gordon M. Fauth*, *Jr.*
Gordon M. Fauth, Jr. (SBN: 190280)
LITIGATION LAW GROUP
1935 Addison Street, Ste. A
Berkeley, CA 94704
Tel: (510) 238-9610
Fax: (510) 977-5127
gmf@classlitigation.com

*AND*

Kent E. Baldauf, Jr.
Bryan P. Clark
**THE WEBB LAW FIRM**
One Gateway Center
420 Ft. Duquesne Blvd., Suite 1200
Pittsburgh, PA 15222
412.471.8815
412.471.4094 (fax)
kbaldaufjr@webblaw.com
bclark@webblaw.com

*Attorneys for Defendant Rosewill, Inc.*

Answer and Affirmative Defenses - 7
No. 2:21-cv-03685-GW-MRW

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2021, I electronically filed the foregoing **DEFENDANT ROSEWILL, INC.'S ANSWER AND AFFIRMATIVE DEFENSES** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

**LITIGATION LAW GROUP**

s/ *Gordon M. Fauth, Jr.*
Gordon M. Fauth, Jr.