STEPHEN M. LOBBIN
sml@smlavvocati.com
SML AVVOCATI P.C.
888 Prospect Street, Suite 200
San Diego, California 92037
(949) 636-1391 (Phone)

*Attorney(s) for Plaintiff Battery Conservation Innovations, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BATTERY CONSERVATION INNOVATIONS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>ROSEWILL, INC.,<br><br>*Defendant.* | CASE NO.: 2:21-cv-03685-GW-MRW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

    Plaintiff Battery Conservation Innovations, LLC, and Defendant Rosewill, Inc. by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

    1.    All claims asserted by the Plaintiff in this Action are dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii);

    2.    Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

    This Stipulation and Order shall finally resolve the Action between the parties.

Dated: August 23, 2021                    Respectfully submitted,

                                                 */s/ Stephen M. Lobbin*
                                                 ***Attorney(s) for Plaintiff Battery***
                                                 ***Conservation Innovations, LLC***

s/Gordan M. Faulth, Jr.
Gordon M. Fauth, Jr. (SBN: 190280)
LITIGATION LAW GROUP
1935 Addison Street, Ste. A
Berkeley, CA 94704
Tel: (510) 238-9610
Fax: (510) 977-5127
gmf@classlitigation.com

**Attorneys for Defendant Rosewill, Inc.**

## ORDER

SO ORDERED this _____ day of _____, 2021.

_____
**UNITED STATES DISTRICT JUDGE**

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I electronically filed the above document(s) with the Clerk of Court using CM/ECF which will send electronic notification of such filing(s) to all registered counsel.

/s/ Stephen M. Lobbin